AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 2252(a)(2)- Receipt of Child Pornography; 18 U.S.C. § '2252(a)(4)(B)- Possession of Child Pornography;

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

See Attached Penalty Sheet

---- Name of District Court, and/or Judge/Magistrate Location ----
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL -1 PM 1:15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S. ----

JOHN PAROLA

DISTRICT COURT NUMBER

CR 08   0430   JSW

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

ICE Special Agent Ryan Hirt

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Denise Marie Barton

---- DEFENDANT ----

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

CR 08 0430

UNITED STATES OF AMERICA,

V.

JOHN PAROLA

JSW

DEFENDANT.

## INDICTMENT

Title 18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography
Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

A true bill.

_____ Foreman

Filed in open court this ___ day of _____, 2008

BRENDA TOLBERT
Clerk

Maria Elena James

Bail, $ No Bail arrest Warrant

## PENALTY SHEET

## UNITED STATES V. JOHN PAROLA

*Count 1:*   18 U.S.C. § 2252(a)(2): Receipt of Child Pornography

Class C Felony,
Maximum Prison Term of Twenty Years
**Mandatory Minimum Prison Term of Five Years**
Maximum Fine of $250,000
Supervised Release of Not Less Than 5 years
Maximum of Lifetime Supervised Release
Registration as a Sex Offender
Mandatory Special Assessment of $100


*Count 2:*   18 U.S.C. § 2252(a)(4)(B): Possession of Child Pornography

Class C Felony
Maximum Prison Term of Ten Years
Maximum Fine of $250,000
Supervised Release of Not Less Than 5 years
Maximum of Lifetime Supervised Release
Registration as a Sex Offender
Mandatory Special Assessment of $100

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED
08 JUL -1 PM 1:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN PAROLA,<br><br>　　　　Defendant. | CR No. 08  0430  JSW<br><br>VIOLATIONS:<br>Count 1: 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography;<br>Count 2: 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography;<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography)

Beginning on or about January 4, 2007 and continuing until on or about March 31, 2008, in the Northern District of California, the defendant,

JOHN PAROLA,

did knowingly receive at least one visual depiction that had been mailed, shipped, and transported in interstate and foreign commerce, by computer, knowing that the production of such visual depiction involved a minor engaging in sexually explicit conduct and that such visual

INDICTMENT

1  depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

2

3  COUNT TWO: (18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography)

4      On or about April 9, 2008, in the Northern District of California, the defendant,

5                              JOHN PAROLA,

6  did knowingly possess at least one matter, namely Self-Built Desktop No. 7239A047, Western

7  Digital external drive SN: WMANU1769662, Seagate external drive SN: 3PM0MRSS, Seagate

8  external drive SN: 3NF0AVRF, Seagate external drive SN: 3NF01FN4, Fujitsu hard drive SN:

9  01190470, Western Digital external drive SN: WMA8E3599238, Western Digital hard drive SN:

10  WM9491038516, Western Digital hard drive SN: WMAM9C264746, Fujitsu hard drive SN:

11  05025674, Western Digital external drive SN: WMA8E7080624, Western Digital hard drive SN:

12  WM6282099647, Western Digital hard drive SN: WMAJ97101400, Gateway Laptop SN:

13  GWTF7430D1M, and 12 recordable CD-ROMs/DVDs, which contained at least one visual

14  depiction that had been shipped and transported in interstate and foreign commerce, by computer,

15  knowing that the production of such visual depiction involved a minor engaging in sexually

16  explicit conduct and that such visual depiction was of such conduct, in violation of Title 18,

17  United States Code, Section 2252(a)(4)(B).

18

19  FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

20      Upon conviction of the offenses alleged in Counts One and Two, the defendant,

21                              JOHN PAROLA,

22  shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)

23  and (a)(3), all visual depictions described in Title 18, United States Code, Sections 2252, and all

24  property, real or personal, used or intended to be used to commit or promote the commission of

25  the offenses of conviction, including but not limited to the following items that was obtained

26  from defendant on April 9, 2008:

27      a.    Self-Built Desktop No. 7239A047

28      b.    Western Digital external drive SN: WMANU1769662

INDICTMENT                                  2

|    |     |                                              |
|----|-----|----------------------------------------------|
| 1  | c.  | Seagate external drive SN: 3PM0MRSS          |
| 2  | d.  | Seagate external drive SN: 3NF0AVRF          |
| 3  | e.  | Seagate external drive SN: 3NF01FN4          |
| 4  | f.  | Fujitsu hard drive SN: 01190470              |
| 5  | g.  | Western Digital external drive SN: WMA8E3599238 |
| 6  | h.  | Western Digital hard drive SN: WM9491038516  |
| 7  | i.  | Western Digital hard drive SN: WMAM9C264746  |
| 8  | j.  | Fujitsu hard drive SN: 05025674              |
| 9  | k.  | Western Digital external drive SN: WMA8E7080624 |
| 10 | l.  | Western Digital hard drive SN: WM6282099647  |
| 11 | m.  | Western Digital hard drive SN: WMAJ97101400  |
| 12 | n.  | Gateway Laptop SN: GWTF7430D1M               |
| 13 | o.  | 12 recordable CD-ROMs/DVDs                   |

DATED: July 1, 2008                                A TRUE BILL.

                                                   /s/ Paul J. Taylor
                                                   FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Kyle F. Waldinger
Kyle Waldinger
Deputy Chief, Major Crimes Section

(Approved as to form: /s/ Denise M. Barton)
                      AUSA Barton

INDICTMENT                          3