JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for Plaintiff

FILED
08 JUL -1 PM 1:15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BY [redacted]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN PAROLA,<br>Defendant. | CR 08 No. 0430 JSW<br>UNITED STATES' MOTION TO SEAL INDICTMENT AND ARREST WARRANT AND [PROPOSED] ORDER<br>(UNDER SEAL) |

The government hereby moves the Court for an order sealing this motion, the Indictment, the Sealing Order, and the arrest warrant of the above-captioned defendant until further order of the Court, except that the government may provide the arrest warrants to law enforcement as

//

//

//

//

//

//

appropriate. The government believes that disclosure of the existence of the Indictment, the arrest warrant and this motion may jeopardize the progress of the ongoing investigation.

DATED: July 1, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DENISE MARIE BARTON
Assistant United States Attorney

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion, the Indictment, the Sealing Order, and the arrest warrant of the defendant in this matter shall be sealed until further order of the Court, except that the government may provide the arrest warrant to law enforcement as appropriate.

DATED: 7-1-08

HON. MARIA ELENA JAMES
United States Magistrate Judge