JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN PAROLA,<br>Defendant. | CR No. 08-430 JSW<br>**REDACTED**<br>NOTICE REGARDING A MINOR VICTIM FILED UNDER SEAL PURSUANT TO 18 U.S.C. § 3509(2)(2)[1] |

[1] Title 18, United States Code, section 3509(d)(2) provides that "all papers to be filed in court that disclose the name of or any information concerning a child shall be filed under seal without necessity of obtaining a court order."

At the detention hearing, the United States intends to reference certain acts of criminal conduct perpetrated by the defendant against a minor victim but in doing so, must comply with Title 18, United States Code, section 3509(d) and protect the privacy of the minor victim. If the United States proffers the information in open court, the information provided will most certainly identify the minor victim. However, to fully understand the significance and seriousness of the defendant's conduct concerning this minor victim, the Court should be aware of the relationship between the defendant and the minor victim. Accordingly, the United States hereby files this Notice under seal and serves the defendant with an unredacted copy of this filing to afford him full disclosure consistent with Title 18, United States Code, section 3509(d).

Title 18, United States Code, section 3509(d)(1) requires any person in connection with a criminal proceeding - including the Government, the Court, and the defendant - to only disclose "documents that disclose the name '*or any other information*' concerning a child"[2] "to persons who, by reason of their participation in the proceedings, have reason to know such information." (emphasis added). By filing this Notice with the Court and providing an unredacted copy to the defendant, all parties who have reason to know this information have been afforded access. There is no need for the general public to know identifying information concerning the minor victim and the statute does not permit disclosure of this information to the general public.

The minor victim is the [redacted]. Prior to being arrested on the charged offense, the defendant enjoyed a close relationship with [redacted] [redacted]. He was regularly included in and attended [redacted] [redacted]. The [redacted] during the conduct in question.

//

//

//

//

[2] A "child" as a victim of a crime of exploitation, which is defined to include child pornography. 18 U.S.C. § 3509(a)(2).

In open court, the United States intends to and suggests all parties and the Court refer to the minor victim as "the minor victim" or other non-identifying term, as is required by Title 18, United States Code, section 3509(d).

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: July 11, 2008

DENISE MARIE BARTON
Assistant United States Attorney