AO 442 (Rev. 5/93) Warrant for Arrest

## United States District Court
### Northern District of California

1546872
08/1-0729-1235-J

UNITED STATES OF AMERICA,

v.

John Parola

WARRANT FOR ARREST

Case Number: <u>CR 08-430 JSW</u>

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>John Parola</u>

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  () Information  () Complaint
() Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with

18:2252(a)(2) Receipt of Child Pornography
18:2252(a)(4)(B) Possession of Child Pornography

in violation of Title ___ United States Code, Section(s) ___

<u>     Deputy Clerk     </u>
Title of Issuing Officer

<u>V kymo</u>
Signature of Issuing Officer

<u>7/1/2008, San Francisco</u>
Date and Location

Bail fixed at $ <u>No bail</u>   by   <u>Magistrate Judge Maria-Elena James</u>
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at <u>South San Francisco</u>
USMS Deputy

| Date received 7/01/08 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 7/02/08 | Ryan Hirt Ice Agent by | CHRISTIAN L. HANSON DEPUTY U.S. MARSHAL |