UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

**Judge:** JEFFREY S. WHITE

**Date**: August 14, 2008

**Case No:** CR 08-00430 JSW

**Case Title**: UNITED STATES v. JOHN PAROLA (present, I/C)

**Appearances:**

    For the Government: Denise Barton

    For Defendant(s): Frank Bell

**Interpreter:**      **Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Debra Pas

### *PROCEEDINGS*

1. Trial Setting - held

### *SUMMARY*

- Current defense counsel to withdraw from the case. This matter is referred to the duty magistrate judge for I.D. of Counsel on Monday, 08/18/08.
- This matter is continued to **Thursday, 08/21/08 at 2:30 PM for Trial Setting/Status**.
- Time is excluded until 08/21/08 for effective preparation of counsel. Counsel to prepare order.

cc: KH