**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

### CRIMINAL MINUTE ORDER

Date:  August 21, 2008

Case No.  CR-08-430   JSW          Judge:  Jeffrey S. White

United States of America   v.   John Parola
                                   Defendant
                                   Present (X) Not Present (  ) In-Custody (X)

| Denise Barton | Rita Bosworth |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini          Court Reporter: Debra Pas

### PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**

Case Continued to 9-25-08 at 2:30 p.m. for Trial / Motion Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**